IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| CHELSEE BOYER, ) <br> ) <br> On Behalf of Herself and ) <br> All Others Similarly Situated, ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> DEW RAW, INC., D/B/A Minsky's ) | Case No. 4:18-cv-76 |

## ORDER GRANTING APPROVAL OF SETTLEMENT

1. The above entitled matter came before the Court on the Plaintiffs' Unopposed Motion for Approval of Class Settlement. The Court, having carefully reviewed the proposed Settlement Agreement ("Settlement Agreement"), and the Motion in Support, hereby finds as that the Settlement Agreement is a fair, adequate, and reasonable resolution of a bona fide dispute in contested litigation.

2. The Court further finds that the class should be certified as an FLSA collective action for the purposes of settlement.

3. Because the Court finds that at the settlement is fair, adequate, and reasonable and that class certification for the purposes of settlement is appropriate, the Court further ORDERS that:

4. Plaintiffs' Motion for Approval of the Settlement, for Certification of Settlement Class, and for Permission to Disseminate Notice is GRANTED.

5. Chelsee Boyer is appointed as Class Representative.

6. The Hodgson Law Firm, LLC is appointed as Class Counsel.

7. Plaintiffs' requests for service award as set forth in the Settlement Agreement is hereby approved. Defendants shall issue such payments **within 15 days after all other members of opt-in settlement class have been paid**.[1]

8. Class Counsel's application for an award of attorney fees as set forth in the Settlement Agreement and reimbursement of $2,100.00 in costs is hereby approved. Defendants shall issue such payments **within 15 days after all members of opt-in settlement class have been paid**.

9. The Parties are directed to proceed with the administration of the settlement as provided by the terms of the Settlement Agreement, and in particular:

- The parties shall provide all necessary information to the Administrator;
- The Administrator shall disseminate Notice and the claim form to the class in substantially the same format as provided to this Court and attached to the Settlement Agreement;
- The Notice Period shall close forty-five days after the mailing of notice. The late-filing period closes 10 days after close of the Notice Period.

10. Within 15 days of final payment to counsel and the service award to the class representative, the Parties are hereby directed to dismiss this matter.

Date: December 14, 2018  **S/ FERNANDO J. GAITAN, JR.**
Kansas City, Missouri  Fernando J. Gaitan, Jr.
United States District Judge

---

[1] The Court is overriding the settlement agreement at paragraphs I and J to ensure that counsel and the class representative remain involved in this action until all opt-in class members have been paid.